# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

MARK BROWN,

        Plaintiff(s)

vs.

TARGET COMMUNITY & EDUCATIONAL SERVICES, INC., et al.

        Defendant(s)

Civil Action No. MJG-01-CV-70

JAN 1 9 2001

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND  DEPUTY

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1(b) of this Court, __Manar S. Morales__ Esquire a member of the Bar of this court, moves the admission of __Gregory K. McGillivary__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __Mark Brown, Plaintiff__

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __the District of Columbia and the Commonwealth of Virginia__

and/or the following United States Court(s): __Eight U.S. Courts of Appeals and two U.S. District Courts, including the U.S. Court of Appeals for the Fourth Circuit__

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: __I am a member in good standing in all of the bars of which I am a member and no disciplinary or grievance proceedings have been filed or are pending against me.__

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO CLERK, U.S. DISTRICT COURT

Revised 6/98



- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or ____Manar S. Morales____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT:
_____/s/_____
Signature

1125 15th Street, N.W., Suite 400
Address

Washington, D.C. 20005

(202) 833-8855
Office phone number

(202) 452-1090
Fax number

_____
Md. U. S. District Court Number

PROPOSED ADMITTEE:
_____/s/_____
Signature

1125 15th Street, N.W., Suite 400
Address

Washington, D.C. 20005

(202) 833-8855
Office phone number

(202) 452-1090
Fax number

## ORDER

Motion __✓__ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

__1/24/01__
Dated

_____/s/_____
Judge, U. S. District Court