FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 NOV 20  P 4:07

CLERK'S OFFICE
AT BALTIMORE
BY MARK BROWN, DEPUTY

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 NOV 19  P 1:14

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

|  |  |
|---|---|
| MARK BROWN, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. MJG 01 CV 70 |
| TARGET COMMUNITY & EDUCATIONAL SERVICES, INC., et al. | ) |
| Defendants. | ) |

### JOINT NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby agree to voluntarily dismiss the above-captioned matter with prejudice.

Respectfully submitted,

_____
Gregory K. McGillivary
Manar S. Morales (Bar# 14263)
Woodley, Genser & McGillivary
1125 15th Street, NW
Suite 400
Washington, DC 20005

Date: November 15, 2001

Attorney for Plaintiff

_____
Kevin C. McCormick (Bar# 7674)
Whiteford, Taylor & Preston
7 St. Paul Street
Baltimore, MD 21202-1626

Date: 11/19/01

Attorney for Defendants

Approved this 19th day of November, 2001

_____
Marvin J. Garbis
United States District Judge